37 F.3d 1493
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Aaron DOXIE, III, Petitioner Appellant,
v.
Edward W. MURRAY, Director of the Virginia Department of
Corrections, Respondent Appellee.
 No. 94-6330.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 26, 1994
Decided: October 17, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-93-437-2)
 Aaron Doxie, III, Appellant Pro Se.
 John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.
 E.D.Va.
 DISMISSED.
 Before ERVIN, Chief Judge, and WILKINSON and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court.* Doxie v. Murray, No. CA-93-437-2 (E.D. Va. Feb. 24, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 We note that even if, as Doxie alleges, the magistrate judge erred by finding his ineffective assistance claims to be procedurally barred, the district court properly denied relief based on the magistrate judge's proper rejection of those claims on the merits